UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07
```

-------------------------------------------------------x

ARMSTRONG INTERACTIVE,  :    07 Civ. 3871 (RJH)

                Plaintiff,  :

    -against-  :    **ORDER**

FAIRWIND SHIPPING,  :

               Defendant.  :

-------------------------------------------------------x

      The pretrial conference scheduled for September 14, 2007 is rescheduled to October 09, 2007, at 09:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
September 11, 2007
SO ORDERED:

                                                Richard J. Holwell
                                                United States District Judge