UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

ARMSTRONG INTERACTIVE, INC.,

              Plaintiff,

-against-                            Case No.    07 CV 3871

JAN HEFFERNAN, GLENN KESNER,        STIPULATION OF
CHRISTO TSARIAS                               DISMISSAL
*dba* DREAM ALLEY PICTURES
and DOES 1 through 100,

              Defendants.

----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Plaintiff and defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff is ARMSTRONG INTERACTIVE, INC.; defendant is JAN HEFFERENAN, GLENN KESNER, CHRISTO TSARIAS *dba* DREAM ALLEY PICTURES and DOES 1 through 100.

2. On May 17, 2007, plaintiff sued defendant.

3. Plaintiff moves to dismiss the suit.

4. Defendants, Jennifer Heffernan (named in the complaint as "Jan Heffernan"), Christo Tsiaras (named in the complaint as Christo Tsarias) and Dream Alley Pictures, who by their counsel, Mark L. Cortegiano, Esq., have served a letter on July 31, 2007, for a pre-motion conference for a motion to dismiss, agree to the dismissal.

5. The case is not a class action.

6. A receiver has not been appointed to this action.

1

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. The dismissal is without prejudice to refiling.

Dated: September 27, 2007

Respectfully Submitted,

By: _____
Jose Martinez, Jr.
MARTINEZ LAW, PLLC
Attorney's for plaintiff
76 Ninth Avenue, Suite 1110
New York, NY 10011
(212) 566-4500 (tel)
(212) 566-4542 (fax)

By: _____
Mark L. Cortegiano, Esq.
65-12 69th Place
Middle Village, NY 11379
(718) 894-9500 (tel)
(718) 326-3781 (fax)
Attorney for defendants,
Jan Heffernan, Christo Tsarias and
Dream Alley Pictures

SO ORDERED

[handwritten signature]

2